IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARIVELL PAGAN          :     CIVIL ACTION

v.                             :

REDNER'S MARKETS, INC.     :     NO. 12-3487

## O R D E R

AND NOW, this 2nd day of July, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and her complaint, IT IS ORDERED that:

1. Leave to proceed in forma pauperis is GRANTED.

2. Plaintiff's complaint is DISMISSED without prejudice for the reasons discussed in the Court's Memorandum. Plaintiff is granted leave to file an amended complaint within thirty (30) days of the date of this Order. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

3. This case shall remain closed.

BY THE COURT:

JUAN R. SANCHEZ, J.

**ENTERED**
JUL 0 2 2012
CLERK OF COURT