IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIVELL PAGAN | : | CIVIL ACTION |
| v. | : | |
| REDNER'S MARKETS, INC. | : | NO. 12-3487 |

**O R D E R**

AND NOW, this 13th day of August, 2012, upon consideration of plaintiff's amended complaint (Document No. 7) IT IS ORDERED that:

1. Plaintiff's amended complaint is DISMISSED for lack of subject matter jurisdiction.

2. This case shall remain closed.

BY THE COURT:

/s/ Juan R. Sanchez, J.

FILED
AUG 13 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

ENTERED
AUG 14 2012
CLERK OF COURT